DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT TATE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D17-1913 and 4D17-1938

[May 10, 2018]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case Nos. 50-2014-CF008562A and 50-2015-CF006067A.

Jack A. Fleischman of Fleischman & Fleischman, P.A., West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***